UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Erica J. King
                    Plaintiff,
v.                                    Case No.: 1:18−cv−03624
                                                            Honorable Edmond E. Chang
The CBE Group, Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 30, 2018:

      MINUTE entry before the Honorable Edmond E. Chang: On the Court's own initiative, due to a business commitment out−of−town, the status hearing of 12/05/2018 is reset to 12/12/2018 at 10:00 AM.Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.