**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| **Erica J. King,** | | |
| | *Plaintiff,* | |
| | | **Case No.: 1:18-cv-03624** |
| **v.** | | |
| **The CBE Group, Inc.,** | | **Hon. Edmond E. Chang** |
| | *Defendant.* | |

<u>**DEPOSITION SCHEDULING REPORT**</u>

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff Erica J. King ("Plaintiff") and Defendant The CBE Group, Inc. ("CBE") (collectively "the Parties") filing this Deposition Scheduling Report pursuant to the Court's August 22, 2018, order (<u>Doc. 16</u>), and will show onto this Court as follows:

1.      No depositions have yet been taken in this case.

2.      CBE shall take the deposition of Plaintiff on January 9, 2018.

3.      Plaintiff shall take the depositions of CBE's corporate representative on January 15, 2018.

Respectfully submitted this 3rd day of December 2018:

| | |
|---|---|
| ERICA J. KING | The CBE Group, Inc. |
| s/ *Omar T. Sulaiman* | /s/ Robbie Malone |
| Sulaiman Law Group, Ltd. | ROBBIE MALONE |
| 2500 South Highland Avenue, Suite 200 | Texas State Bar No. 12876450 |
| Lombard, IL 60148 | Email: rmalone@mamlaw.com |
| 630-575-8141 | EUGENE XERXES MARTIN, IV |
| Fax: 630-575-8188 | Texas State Bar No. 24078928 |
| Email: osulaiman@sulaimanlaw.com | Email: xmartin@mamlaw.com |
| | **MALONE AKERLY MARTIN PLLC** |
| | Northpark Central, Suite 1850 |
| | 8750 North Central Expressway |
| | Dallas, Texas 75231 |
| | TEL: (214) 346-2630 |
| | FAX: (214) 346-2631 |