UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERICA J. KING, | Case Number: 1:18-cv-03624 |
| Plaintiff, | Honorable Judge Edmond E. Chang |
| v. | |
| THE CBE GROUP, INC., | |
| Defendant. | |

## MOTION FOR LEAVE TO WITHDRAW AS ATTORNEYS

NOW COME Omar T. Sulaiman, Marwan R. Daher, and Alexander J. Taylor of Sulaiman Law Group, Ltd (collectively "Plaintiff's attorneys"), pursuant to N.D. Ill. L.R. 83.17, moving this Court for leave to withdraw as attorneys for Erica King ("Plaintiff"). In support thereof, Plaintiff's attorneys assert as follows:

1. On May 23, 2018, Plaintiff brought suit against The CBE Group, Inc. alleging violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 *et seq.* and the Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA") pursuant to 815 ILCS 505/1 . (Dkt. 1.)

## RELIEF REQUESTED

2. Plaintiff's attorneys respectfully request that this Honorable Court enter an Order Granting Omar T. Sulaiman, Marwan R. Daher, and Alexander J. Taylor leave to withdraw as attorneys of record for Plaintiff.

## BRIEF IN SUPPORT

3. The parties are currently engaged in discovery. Defendant is requesting to take Plaintiff's deposition and has requested availability from Plaintiff's attorneys.

1

4. Despite Plaintiff's attorneys' numerous attempts to communicate with Plaintiff  - *by telephone as well as in writing* – Plaintiff is unresponsive.

5. Plaintiff's attorneys cannot adequately represent Plaintiff without Plaintiff's cooperation.

6. No attorney is to be substituted at this time. Plaintiff's most recent address and contact information is:

Erica King
9312 South Rhodes
Chicago, IL
773-219-7920
jaleelodie@yahoo.com

7. Plaintiff's attorneys have attempted to obtain Plaintiff's consent to this Motion; however, Plaintiff's attorneys been unsuccessful in obtaining such consent as Plaintiff has not responded to her attorneys' communications.

WHEREFORE, Plaintiff's attorneys respectfully request that this Honorable Court enter an Order granting Omar T. Sulaiman, Marwan R. Daher, and Alexander J. Taylor of Sulaiman Law Group, Ltd. leave to withdraw as attorneys of record for Plaintiff; and grant such other relief as this Court deems just and proper.

Dated this 6th day of February, 2019　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Omar T. Sulaiman
　　　　　　　　　　　　　　　　　　　　　　　　Omar T. Sulaiman
　　　　　　　　　　　　　　　　　　　　　　　　Marwan R. Daher
　　　　　　　　　　　　　　　　　　　　　　　　Alexander J. Taylor
　　　　　　　　　　　　　　　　　　　　　　　　Sulaiman Law Group, LTD
　　　　　　　　　　　　　　　　　　　　　　　　2500 S Highland Ave, Suite 200
　　　　　　　　　　　　　　　　　　　　　　　　Lombard, Illinois 60148
　　　　　　　　　　　　　　　　　　　　　　　　Phone (630) 575-8181
　　　　　　　　　　　　　　　　　　　　　　　　osulaiman@sulaimanlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　mdaher@sulaimanlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　ataylor@sulaimanlaw.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on February 6, 2019, I electronically filed the foregoing using the Court's Case Management/Electronic Case File (CM/ECF) system which will effectuate service on all counsel of record.

                  /s/ Omar T. Sulaiman
                  Omar T. Sulaiman
                  Marwan R. Daher
                  Alexander J. Taylor
                  Sulaiman Law Group, LTD
                  2500 S Highland Ave, Suite 200
                  Lombard, Illinois 60148
                  Phone (630) 575-8181
                  osulaiman@sulaimanlaw.com
                  mdaher@sulaimanlaw.com
                  ataylor@sulaimanlaw.com